IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 1:25-cr-02551 DHU

MYRON BENALLY,

Defendant.

**ORDER**

THIS MATTER is before the Court on Defendant Myron Benally's *Motion to Modify Conditions of Release* [Doc. 62]. filed August 19, 2026. The Court noting no opposition and being otherwise fully advised in the premises **FINDS** that the Motion is well taken and is **GRANTED**.

**IT IS THERFORE ORDERED** that the Defendants' Conditions of Release [Doc. 52] is hereby modified to remove the third-party custody requirement of La Pasada and the travel restriction of Bernalillo County.

**IT IS FURTHER ORDERED** that Mr. Benally may not travel outside of the State of New Mexico and must reside in Vanderwagen, New Mexico. All other conditions remain in effect.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Daniel C. Chadborn*
Daniel C. Chadborn
Attorney for Mr. Benally

Approved by:

*/s/ Amy Mondragon*
Amy Mondragon
Assistant United States Attorney